AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| GATEKEEPER SOLUTIONS INC.<br><br>*Plaintiff(s)*<br>v.<br>STANDSS (SOUTH PACIFIC) PTE LTD.<br><br>*Defendant(s)* | ))))))))))))) | Civil Action No. 6:23-cv-00888 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   STANDSS (SOUTH PACIFIC) PTE LTD.
　　　　　　　　　　　　　　　　　　c/o Registered Agent
　　　　　　　　　　　　　　　　　　Via Hague Convention

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RAMEY LLP
　　　　　　　　　　　　　　　　　　　　William P. Ramey, III
　　　　　　　　　　　　　　　　　　　　5020 Montrose Blvd.
　　　　　　　　　　　　　　　　　　　　Suite 800
　　　　　　　　　　　　　　　　　　　　Houston, Texas 77006

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

Date: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*